UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RONALD SATISH EMRIT and
NICOLE ROCIO LEAL-MENDEZ

      v.                                                      CA 14-106 ML

GOVERNOR LINCOLN D. CHAFEE,
MAYOR ANGEL TAVERAS and
PROVIDENCE POLICE DEPARTMENT

## MEMORANDUM AND ORDER

This matter is before the Court on four motions filed by this *pro se* Plaintiff (Docket # 15 Motion for Appointment of Counsel; Docket #17 Motion to Set Trial Date; Docket #18 Motion to Subpoena Witnesses; and Docket #19 Motion to Compel Discovery). Defendants have opposed these four motions.

The Court has considered the motions and the oppositions filed by Defendants. The Motion For Appointment of Counsel (Docket #15) is DENIED for the reasons set forth in the Defendants' opposition. The remaining motions (Docket #17, 18, and 19) are DENIED without prejudice because they are premature.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
United States District Judge
April 7, 2014